```
IN THE DISTRICT COURT OF THE UNITED STATES
     FOR THE MIDDLE DISTRICT OF ALABAMA
              EASTERN DIVISION
```

FILED

DEC 14 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | CR. NO. 3:05cr287-F |
| ) | [18 USC 922(g)(1); |
| CORNELIUS DONAL TURNER ) | 21 USC 841(a)(1); |
| ) | 18 USC 924(c)(1)(A)] |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 23rd day of June, 2005, in Smiths, Alabama, within the Middle District of Alabama,

CORNELIUS DONAL TURNER,

defendant herein, having been convicted on or about the 9th day of November 1999, of Robbery 2nd, Case Number 1999-253, in the Circuit Court of Russell County, Alabama, for which he was sentenced to serve six years in the Alabama State Penitentiary, knowingly possessed, in and affecting commerce, a Lorcin Model L380, .380 caliber semi-automatic pistol, serial number 430567, all in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about the 23rd day of June, 2005, in Smiths, Alabama, within the Middle District of Alabama,

CORNELIUS DONAL TURNER,

defendant herein, did knowingly and intentionally possess with intent to distribute in excess of 5 grams of cocaine base (crack cocaine), a Schedule II Controlled Substance, in violation of Title

21, United States Code, Section 841(a)(1).

## COUNT 3

On or about the 23rd day of June, 2005, in Smiths, Alabama, within the Middle District of Alabama,

CORNELIUS DONAL TURNER,

defendant herein, in furtherance of a drug trafficking offense, that is, possession of cocaine base with intent to distribute, a Schedule II Controlled Substance as charged in Count 2 herein, a drug trafficking crime prosecutable in a Court of the United States, did possess a firearm, that is a Lorcin Model L380, .380 caliber semi-automatic pistol, serial number 430567, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL:

_____
Foreperson


_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY


_____
Kent B. Brunson
Assistant United States Attorney

2