# Memorandum

| Subject | Date |
|---|---|
| Issuance of Arrest Warrant and Limits of Punishment - CORNELIUS DONAL TURNER SENTENCING GUIDELINES CASE | December 13, 2005 |
| To | From |
| Debra P. Hackett, Clerk<br>U.S. District Court<br>Middle District of Alabama | KBB<br>Kent B. Brunson<br>Assistant U.S. Attorney |

Please issue an arrest warrant for the following person who is to be indicted at the December 13, 2005, Grand Jury:

**CORNELIUS DONAL TURNER**
701 Lee Road 520
Phenix City, Alabama 36870

LIMITS OF PUNISHMENT
Ct. 1:
NMT $250,000 or twice gross
loss to victim or twice gross gain
to defendant, whichever is greatest;
NMT 10Y, or both;
NMT 3Y SUP REL;
$100 AF;
VWPA.

Ct. 2:
NMT $4,000,000 or twice gross
loss to victim or twice gross gain
to defendant, whichever is greatest;
NLT 10Y, NMT Life or both;
NLT 5Y SUP REL;
$100 AF;
VWPA.

```
Ct. 3:
NMT $250,000 or twice gross
loss to victim or twice gross gain
to defendant, whichever is greatest;
NLT 5Y, NMT Life or both;
NMT 3Y SUP REL;
$100 AF;
VWPA.
```

Estimated trial time: 2 days