AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__   District of   __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | |
| CORNELIUS DONAL TURNER<br>701 LEE ROAD 520<br>PHENIX CITY, AL 36870 | Case   3:05CR287-F |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __CORNELIUS DONAL TURNER__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

**UNLAWFUL TRANSPORT OF FIREARMS; POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE; VIOLENT CRIME, DRUGS/MACHINE GUN**

in violation of Title   __18 & 21__   United States Code, Section(s)   __922, 924(c)(1)(A), 841(a)(1)__

__DEBRA P. HACKETT__                        _/s/ Kelli Gregg_
Name of Issuing Officer                       Signature of Issuing Officer

__CLERK OF COURT__                        __12/15/05 MONTGOMERY, ALABAMA__
Title of Issuing Officer                       Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |