**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

- ✓ INITIAL APPEARANCE
- ❏ BOND HEARING
- ❏ DETENTION HEARING
- ❏ PRELIMINARY (EXAMINATION)(HEARING)
- ❏ REMOVAL HEARING (R.40)
- ✓ ARRAIGNMENT

DATE: 1/5/06
DIGITAL Recording: 2:37 - 2:54

**PRESIDING MAG. JUDGE:** VANZETTA PENN MCPHERSON   **DEPUTY CLERK:** Wanda Robinson
**CASE NO.** 3:05cr287-F   **DEFENDANT NAME:** Cornelius Donal Turner
**AUSA:** Kent B. Brunson   **DEFT. ATTY:** Robin Corinne Konrad
Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD
**PTSO:** Tamara Martin   **USPO:** _____

Defendant ( ) does; (✓) does NOT need an interpreter
Interpreter present (✓) NO; ( ) YES    Name:

- ✓ Date of Arrest 1/5/06 or ❏ Arrest Rule 40
- ✓ Deft First Appearance. Advised of rights/charges. Prob/Sup Rel Violator
- ❏ Deft First Appearance with Counsel
- ❏ Deft. First Appearance without Counsel
- ❏ Requests appointed Counsel
- ✓ Financial Affidavit executed ✓ *ORAL MOTION FOR APPT OF COUNSEL*
- ✓ *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed*
- ❏ Panel Attorney Appointed; ❏ to be appointed - prepare voucher
- ❏ Deft. Advises he will retain counsel. Has retained
- ❏ ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed
- ❏ Detention Hearing ❏ held; ❏ set for
- ❏ ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered
- ❏ ORDER OF DETENTION HEARING PENDING TRIAL to be entered
- ❏ Release order entered. Deft advised of conditions of release
- ✓ BOND EXECUTED (M/D AL charges) $. 25,000
- ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered
- ❏ Bond not executed. Defendant to remain in Marshal's custody
- ❏ Deft. ORDERED REMOVED to originating district
- ❏ Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing
- ❏ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury
- ✓ ARRAIGNMENT ✓HELD. Plea of NOT GUILTY entered. ❏ Set for
- ✓ DISCOVERY DISCLOSURE DATE: 1/9/06
- ❏ NOTICE to retained Criminal Defense Attorney handed to counsel
- ✓ WAIVER of Speedy Trial. **CRIMINAL TERM:** 6/5/06

Pretrial: 1/20/06