| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 1/20/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording:  9:38 - 9:41 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 3:05cr287-MEF    **DEFENDANT(S):** Cornelius Donal Turner

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Kent B. Brunson | * | Donnie Bethel |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**    Complete

☐ **PENDING MOTION STATUS:**    None
Defendant will file a motion to extend time to file pretrial motions; Court will grant motion with extension to 1/25/06; Defendant's Attorney should notify Courtroom Deputy of trial or plea status

☐ **PLEA STATUS:**

☐ **TRIAL STATUS**

If trial, 2 days

☐ **REMARKS:**