IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 3:05-CR-287-F** |
| | ) | |
| **CORNELIUS DONAL TURNER** | ) | |

**MOTION FOR EXTENSION OF TIME**

**COMES NOW** the undersigned counsel, Donnie W. Bethel, and moves this Court for an extension of time until January 25th to file a motion to suppress evidence in this case.

1.  The Defendant was arraigned on January 4, 2006. Undersigned counsel was not assigned to this case until Friday, January 6, 2006.

2.  Undersigned counsel was out of town for much of the week of January 9, 2006. Monday, January 16th, was a holiday. Pretrial motions were due on January 18th, 2006, but undersigned counsel had a brief due to the 11th Circuit on January 20th, 2006. This brief was completed and delivered to Federal Express after 5 p.m. on Thursday, January 19th, 2006.

3.  The United States, through Assistant United States Attorney Kent Brunson, does not oppose this request.

**WHEREFORE**, Defendant asks for an extension of time until January 25th to file a motion to suppress evidence.

Dated this 23rd day of January 2006.

Respectfully submitted,


s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 3:05-CR-287-F** |
| | ) | |
| **CORNELIUS DONAL TURNER** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49