IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.  3:05CR287-MEF |
| | ) | |
| CORNELIUS DONAL TURNER | ) | |

**ORDER**

Affirming his oral motion at the pretrial conference, the defendant filed a Motion for Extension of time to file a motion to suppress evidence on 23 January 2006 (Doc. # 12).  For good cause it is,

ORDERED that the motion is GRANTED.  The defendant shall file his motion on or before 25 January 2006.

DONE this 24th day of January, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE