IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05CR287-MEF |
| | ) | |
| CORNELIUS DONAL TURNER | ) | |

## ORDER

Upon consideration of the defendant's Motion To Suppress filed on 25 January 2006 (Doc. # 15), and for good cause, it is ORDERED as follows:

1. On or before 6 February 2006, the government shall file its written response to the motion.

2. The parties and counsel shall appear for an evidentiary hearing on 14 February 2006 at 2:00 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 27th day of January, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE