FORM UTC-1
REV. 3/97

## ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT

COURT CASE NO.
YEAR   NUMBER

ALABAMA, COUNTY OF: Lee
CO. 43  CITY
TICKET NUMBER: M 8260847

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

Month 06 Day 23 Year 05  At Time Approx. 0025 ☑ AM ☐ PM ☐ MT

TYPE VEHICLE
☐ Commercial
☐ Haz-Mat Involved
☐ Other
☑ Private

First Name: Cornelius
Middle/Maiden: Donal
Last: Turner

Address Street: 741 Lee Road 520
City: Phenix City
State: AL
Zip Code: 36870

State: AL
Driver's License Number: 6387753
Class of License: D

Sex: M  Race: B  DOB: 03/17/79
Social Security Number: 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
Drivers License in Possession: ☐ Yes ☑ No

Hgt: 6'0  Wgt: 175  Eyes: Bro  Hair: Blk
Vehicle Tag Number: 2B2934
State: AL  Year: 05

Vehicle Description: 1990 Chev Cava
Owner of Vehicle: ☑ Driver ☐ Employer ☐ Other

Employer/Owner of Vehicle (Address): Same

☐ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place,
at or near _____, within the ☐ city limits or ☐ police jurisdiction of _____, or ☑ within Lee County, at or near the following location
Lee Road 246 in violation of ☑ Section 32-5A-242 Code of Alabama 1975.

☐ or Rule/Regulation number (or) ☐ Municipal Ordinance No. _____, duly adopted and in force at the time the offense was committed, (if applicable) ☐ adopting Section _____ Code 1975, more particularly described below:

CHECK THE APPROPRIATE BLOCK:
UCR Code | KM No. | Street/Road Code

1 ☐ Speeding ___ MPH ___ Speed Limit
2 ☐ Reckless Driving
3 ☐ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4 ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
4 ☐ Under the Influence of Alcohol
5 ☐ Under the Influence of Controlled Substance
71 ☐ Under the Combined Influence of Alcohol and Controlled Substance
72 ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6 ☐ Failure to Yield Right of Way
☑ Other Violation (Specify): Failure to Dim Headlights

7 ☐ Driving While Revoked
8 ☐ Driving While Suspended
10 ☐ Running Red Light
13 ☐ Improper Equipment (Specify)
14 ☐ Improper Passing
28 ☐ Improper Tag (Specify)
29 ☐ Improper Turn
42 ☐ Overweight Vehicle
61 ☐ Child Restraint Violation
77 ☐ Seat Belt Violation

FACTS RELATING TO THE OFFENSE: (Witnesses, etc)
☐ Companion Case (Traffic, Non-Traffic, Felony, Other)
☐ Accident Involved

Complainant's Signature: Jimmy Sencer
Officer ID: 4341  Agency ORI: AL043____

Verified and Acknowledged before me this date (Circle Title) Judge/Magistrate
M  D  Y

COURT APPEARANCE INFORMATION
☐ Municipal
☑ District Court: Lee
Phone: 334 749-7141

Court Appearance Date: 07/20/05  Time: 9:00 ☑ AM ☐ PM
Court Address: 2311 Gateway Dr, Opelika, AL 36801

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature: [signature]
Phone ( )

☐ Released on Own Recognizance   ☐ Driver's License Posted in Lieu of Bond

TICKET # M 8260847
CASE #

## COMPLAINT AND AFFIDAVIT

INSTRUCTION TO OFFICER: **PRESS FIRMLY** — ASK IF MOTORIST'S ADDRESS IS CORRECT ON DRIVER'S LICENSE

GOVERNMENT EXHIBIT
CASE NO.
EXHIBIT NO. A

42