MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
### Montgomery , Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 2/14/06          DIGITAL RECORDING: 2:00 — 2:04

DATE COMPLETED: 2/14/06

USA                                        *          3:05cr287-MEF

vs                                          *

Cornelius Donal Turner              *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Kent B. Brunson | * | Donnie Wayne Bethel |

---

## COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

---

## PROCEEDINGS:

( ) JURY TRIAL
( x ) OTHER PROCEEDINGS:   Evidentiary Hearing on Motion to Suppress

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|
| **Description** 3:05cr287-MEF: USA v. Cornelius Donal Turner: Evidentiary Hearing on Motion for Suppression | | |
| **Date** 2 /14/2006 | **Location** | |
| **Time** | **Speaker** | **Note** |
| 2 :00:41 PM | Court | Convenes with discussion regarding Videotape Evidence |
| 2 :01:21 PM | Govt | Responds; Does not intend to use during hearing; Was unaware of videotape existence because tape was not apart of the case report |
| 2 :03:09 PM | Court | Court will reset hearing |
| 2 :03:55 PM | Govt | Request hearing goes forth |
| 2 :04:27 PM | Court | Defendant needs opportunity to view the videotape; Hearing Reset to 2/28/06 at 2:00 p.m. |
| | | COURT IN RECESS |