IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | CR. NO.: 3:05cr287-MEF |
| CORNELIUS DONAL TURNER ) | |

## ORDER

On 14 February 2006, the parties convened for an Evidentiary Hearing on the Motion to Suppress filed 25 January 2006 (Doc #15). The undersigned Magistrate was informed that a vital piece of evidence, a video tape, had not been viewed by counsel in this case. To allow ample time for the viewing of the video tape, the hearing should be rescheduled. Therefore, for good cause, it is

ORDERED that the Evidentiary Hearing be RESET for 28 February 2006 at 2:00 p.m., in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED that the Clerk of Court shall provide a Court Reporter for this proceeding.

Done this 15th day of February, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE