**COURTROOM DEPUTY'S MINUTES**                **DATE:** 2/27/06

**MIDDLE DISTRICT OF ALABAMA**                **Digital Recording: 9:16 - 9:17**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE. Vanzetta Penn McPherson**    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER: 3:05cr287-MEF**                **DEFENDANT(S): Cornelius Donal Turner**

| GOVERNMENT | <u>APPEARANCES</u> | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Kent B. Brunson | * | Donnie Bethel |
| | | |
| | * | |
| | * | |

❒ **DISCOVERY STATUS:**          **Complete**

❒ **PENDING MOTION STATUS:**          **Motion to Suppress Hearing Scheduled for 2/28/06 @ 2:00 p.m.**

❒ **PLEA STATUS:**          **Trial**

❒ **TRIAL STATUS**          **Trial Term    6/5/06**

**If trial, 2 days**

❒ **REMARKS:**

**1 Witness to be called; Possible playing of Video Tape at the Hearing**