MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN, DIVISION
Montgomery, Alabama

HON.   Vanzetta Penn McPherson

DATE COMMENCED:   2/28/06           DIGITAL RECORDING: 2:03 - 3:12

DATE COMPLETED:   2/28/06

| USA | * | 3:05cr287-MEF |
|---|---|---|
| vs | * | |
| Cornelius Donal Turner | * | |

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Kent B. Brunson | * | Donnie Wayne Bethel |

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy          Mitchell Reisner, Court Reporter

PROCEEDINGS:

(   ) JURY TRIAL
( x ) OTHER PROCEEDINGS:   Evidentiary Hearing on Motion to Suppress



SEE MINUTES ATTACHED

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| | |
|---|---|
| **Description** | 3:05cr287-MEF:  USA vs. Cornelius Donal Turner:  Evidentiary Hearing on Motion to Suppress |
| **Date** | 2/28/2006 |
| **Location** | |

| Time | Speaker | Note |
|---|---|---|
| 2:03:48 PM | Court | Convenes |
| 2:04:54 PM | | Witnesses Sworn; Rule Invoked |
| 2:05:32 PM | Court | Admitted Government's Exhibits 1 and 2 |
| 2:05:56 PM | | Government calls lst Witness Deputy Jimmy Sanders; Witness Testifies |
| 2:22:06 PM | Court | Questions Witness Sanders |
| 2:22:41 PM | Government | Continues questioning Witness Sanders |
| 2:25:32 PM | | Defense requests 5 minute break-GRANTED |
| 2:33:23 PM | Defense | Begins questioning Witness Sanders |
| 2:39:11 PM | Court | Prefers the admittance of the Video Tape as an Exhibit |
| 2:42:38 PM | Defense | Counsel continues questioning of Witness Sanders |
| 2:46:59 PM | Government | Re-Directs Witness Sanders |
| 2:47:57 PM | Court | Questions Witness Sanders |
| 2:48:16 PM | Government | Continues questioning Witness Sanders |
| 2:54:00 PM | Defense | Asks Witness Sanders additional questions |
| 2:55:02 PM | Government | Questions Witness Sanders |
| 2:55:15 PM | Court | Questions Witness Sanders |
| 3:03:37 PM | Government/Defense | No Further Questions for Witness Sanders; WitnessAllowed to Step Down |
| 3:04:43 PM | Court | Tape admitted as Court's Exhibit 1 |
| 3:05:31 PM | Government | Explains to Court where to begin viewing the videotape ; Explains to the Court reasoning for Deputy's Search |
| 3:07:25 PM | Defense | Is heard briefly in conclusion |
| 3:11:36 PM | Government | Answers the questions as to when the tape was provided to Defense Counsel; Both Government and Defense agree tape was provided after the motion for suppression was filed |
| 3:11:58 PM | | Court in Recess |