IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

USA                                    *
                                       *
VS.                                    *         3:05cr287-MEF
                                       *
CORNELIUS DONAL TURNER                 *

## WITNESS LIST

PLAINTIFF/GOVERNMENT                                DEFENDANT

1. Deputy Jimmy Sanders                 1. _____
2. _____               2. _____
3. _____               3. _____
4. _____               4. _____
5. _____               5. _____
6. _____               6. _____
7. _____               7. _____
8. _____               8. _____
9. _____               9. _____
10. _____              10. _____
11. _____              11. _____
12. _____              12. _____
13. _____              13. _____
14. _____              14. _____
15. _____              15. _____
16. _____              16. _____
17. _____              17. _____