AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

USA

V.

CORNELIUS DONAL TURNER

## GOVERNMENT'S EXHIBIT LIST

Case Number:  3:05cr287-MEF

| PRESIDING JUDGE VANZETTA PENN MCPHERSON | PLAINTIFF'S ATTORNEY Donnie Wayne Bethel | DEFENDANT'S ATTORNEY Kent Brunson |
|---|---|---|
| TRIAL DATE (S) 2/28/06 | COURT REPORTER Mitchell Reisner | COURTROOM DEPUTY WANDA A. ROBINSON |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/28/06 | x | x | Alabama Uniform Traffic Ticket and Complaint #M8260847 |
| 2 | | 2/28/06 | x | x | Alabama Uniform Traffic Ticket and Complaint #M8260848 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.