# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

USA

V.

CORNELIUS DONAL TURNER

**COURT'S EXHIBIT LIST**

Case Number: 3:05cr287-MEF

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| VANZETTA PENN MCPHERSON | Donnie Wayne Bethel | Kent Brunson |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/28/06 | Mitchell Reisner | WANDA A. ROBINSON |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/28/06 | x | x | Video Tape of 6/23/05 Traffic Stop of Cornelius Turner |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____ Pages