| COURTROOM DEPUTY'S MINUTES | DATE: 5/15/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:11 - 9:12 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 3:05cr287-MEF   **DEFENDANT(S):** Cornelius Donal Turner

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
|  | * |  |
|  | * |  |
| Kent B. Brunson | * | Kevin Butler |
|  |  | Standing in for Donnie Bethel |
|  | * |  |
|  | * |  |

☐ **DISCOVERY STATUS:**   Complete

☐ **PENDING MOTION STATUS:**   Motion to Suppress
No Ruling on Objection to Recommendation

☐ **PLEA STATUS:**   IF Trial, 1 day; RESOLUTION LIKELY

☐ **TRIAL STATUS**   Trial Term   6/5/06

**Case has been reassigned to Judge Hobbs for trial**

☐ **REMARKS:**