IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 3:05CR287-TMH |
| | ) [WO] |
| CORNELIUS DONAL TURNER. | ) |

**ORDER ON MOTION**

On April 28, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the entire record and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED, and the motion filed by Turner on January 25, 2006, (Doc. # 15) be and is hereby DENIED.

DONE this 15th day of May, 2006.

_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE