IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.   3:05cr287-MEF |
| | ) | |
| CORNELIUS DONAL TURNER | ) | |

## ORDER

Based upon this court's order setting the trial in the above-styled case for 11 September 2006, and for good cause, it is

ORDERED that the parties shall appear for a pretrial conference on 17 July 2006 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 15th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE