IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          CASE NO. 3:05-cr-287-MEF
                                  )
CORNELIUS DONAL TURNER            )

# **O R D E R**

It is hereby ORDERED that the trial of this case set for the September 11, 2006

criminal term is continued to the September 18, 2006 criminal term.

DONE this 29th day of June, 2006.


                              _____/s/ Mark E. Fuller_____
                              CHIEF UNITED STATES DISTRICT JUDGE