**COURTROOM DEPUTY'S MINUTES**               **DATE:** 7/17/06

**MIDDLE DISTRICT OF ALABAMA**                Digital Recording: 9:14 - 9:15

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 3:05cr287-MEF                **DEFENDANT(S):** Cornelius Donal Turner

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
|  | * |  |
|  | * |  |
| Kent B. Brunson | * | Donnie Bethel |
|  | * |  |
|  | * |  |

☐ **DISCOVERY STATUS:**           Complete

☐ **PENDING MOTION STATUS:**   None

☐ **PLEA STATUS:**                       **1 day for trial**
                                                     **Plea Likely**

☐ **TRIAL STATUS**
                                                     **9/18/06 Trial Term**

☐ **REMARKS:**