| COURTROOM DEPUTY'S MINUTES | DATE: 8/21/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:03 - 9:04 |

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 3:05cr287-MEF   **DEFENDANT(S):** Cornelius Donal Turner

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
|  | * |  |
|  | * |  |
| Kent B. Brunson | * | Donnie Bethel |
|  | * |  |
|  | * |  |

☐ **DISCOVERY STATUS:**   Complete


☐ **PENDING MOTION STATUS:**   None


☐ **PLEA STATUS:**   **1 day for trial**
　　　　　　　　　　　**Plea Likely**
　　　　　　　　　　　**Plea Date 9/6/06**

☐ **TRIAL STATUS**

　　　　　　　　　　　**9/18/06 Trial Term**


☐ **REMARKS:**   Defendant has proffered