MIDDLE DISTRICT OF ALABAMA          COURT REPORTER:___Jimmy Dickens

❑ARRAIGNMENT          x CHANGE OF PLEA          ❑CONSENT PLEA

❑RULE 44(c) HEARING          ❑SENTENCING

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*          **DEPUTY CLERK:** _WANDA ROBINSON_

**CASE NUMBER:**___*3:05cr287-MEF*___          **DEFENDANT NAME:** *Cornelius Donal Turner*

**AUSA:** _Kent Brunson_          **DEFENDANT ATTY:** _Donnie Wayne Bethel_

Type Counsel:     ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO

**USPO:** _Dwayne Spurlock_

De fendant _____ does ____x____ does NOT need and interpreter.

Interpreter present? __x__ NO _____ YES     Name: _____

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**     ❑ Not Guilty                         ❑Nol Contendere

❑Not Guilty by reason of insanity

√Guilty as to:

√Count(s)_1, 2, 3_     of the Felony Indictment.

❑Count(s) _____     ❑ dismissed on oral motion of USA;

❑ to be dismissed at sentencing

— **ORAL ORDER ADJUDICATING GUILT as to COUNTS**

— Written plea agreement filed. ❑ **OPEN/ORAL** Plea Agreement. ❑ **ORDERED SEALED.** √ No Plea

Agreement entered

— _____ Days to file pretrial motions.   ❑ _____ Trial date or term.

√ — **ORDER:** Defendant Continued under √ same bond ; ❑ Released on Bond & Conditions of Release

❑ summons; for:

❑ Trial on _____; √ Sentencing √ to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❑ Posting a $_____ Bond;

❑ Trial on _____; or ❑ Sentencing on_____ ❑ set by separate Order.

Rule 44 Hearing: ❑ Waiver of Conflict of Interest Form executed. ❑ Detention requests time to secure new counsel.