IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | |
| **CORNELIUS DONAL TURNER** ) | Docket No. __3:05CR287-MEF__ |

  The Court finds after considering all available evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community if released pending <u>Sentencing</u>.

[X] A. It is ordered that the defendant be released and continued under the same conditions imposed by the U. S. Magistrate Judge on __January 5, 2006__

[ ] B. It is ordered that the defendant be remanded to the custody of the U.S. Marshal until the defendant posts the required bond as Ordered and/or agrees to comply with any other Ordered conditions of release as follows:

  The defendant shall:

  [ ] 1. Execute an unsecured bond in the amount of $ _____

  [ ] 2. Execute a bail bond with surety in the amount of $ _____.

  [ ] 3. Not commit a federal, state or local crime during the period of release.

  [ ] 4. Refrain from possessing a firearm or other dangerous weapon.

  [ ] 5. Report to the Chief U. S. Probation Officer of this District, or his designee, in accordance with instructions.

  [ ] 6. Avoid all contact with the following named persons who are alleged victims and/or witness involved in this case:

    _____

  [ ] 7. Refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance as defined in Section 102 of the Controlled Substances Act (21 U.S.C. 802) without a prescription by a licensed medical practitioner.

  [ ] 8. Be restricted to travel in _____.

  [ ] 9. Random drug testing as directed by the Probation Officer and participate in a drug treatment program if deemed necessary by the Probation Officer.

DATE: __15 Sept 2006__            __/s/ Vanzetta Penn McPherson__
                             U.S. Magistrate