## United States District Court

for

### Middle District of Alabama

FILED
OCT 1 2 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Cornelius Donal Turner                             Case Number: 3:05CR287-MEF

Name of Releasing Judicial Officer: The Honorable Vanzetta Penn McPherson, U.S. Magistrate Judge

Date of Release: January 6, 2006

Original Offense: Felon in Possession of a Firearm, Possession with Intent to Distribute Cocaine, Possession of a Firearm in Furtherance of Drug Trafficking Crime.

Type of Release: $25,000 Unsecured Appearance Bond

Date of Next Court Appearance: December 19, 2006 (sentencing)

Conditions of Release: Report to pretrial services as directed, maintain employment, no firearms, drug testing and/or treatment, report law enforcement contact, reside with his mother

Assistant U.S. Attorney: Louis Franklin                              Defense Attorney: Christine Freeman

## PETITIONING THE COURT

[X]   To issue a warrant
[]    To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| Mandatory Condition No. 1: "The defendant shall not commit any offense in violation of federal, state, or local while on release in this case." | On October 5, 2006, the defendant was arrested by agents of the Columbus(Ga) Metro Drug Task Force for the following: 1) Possession of a Firearm by a Convicted Felon; 2) Possession of a Firearm in the Commission of a Crime; 3) Trafficking in Cocaine; and 4) Possession of Scheduled Narcotics. The firearm is a semi automatic Glock 21 which is a 9mm pistol capable of holding fifteen rounds of ammunition. He was in possession 379.9 grams of both cocaine and cocaine base and 187 Lorazepam pills. Lorazepam is an anti-anxiety drug and is sold under the brand name of Ativan. The offender is in custody in Columbus, Georgia under a "no bond" order. |

Supervision history of defendant and actions taken by officer: The defendant has been on release since January 6, 2006. He had maintained employment and had no positive drug tests.

U.S. Probation Officer Recommendation: I recommend that his bond be revoked and that he be remanded into custody. Due to this latest arrest, I believe that there are no bond conditions or combination of bond conditions that can adequately address the danger he presents to the community. I have been in contact with the investigating detective and he advises that this latest arrest will be referred for prosecution in the Middle District of Georgia.

[X]   The term of supervision should be:
       [X]   revoked.

[ ]     The conditions of supervision should be modified as follows:


I declare under penalty of perjury the foregoing is true and correct

Executed on 10/11/06 By _____
U.S. Probation Officer

Reviewed and approved: _Sandra Wood_
Supervisory Officer/Pretrial Unit

===

THE COURT ORDERS:

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other


_____
Signature of Judicial Officer

_____
Date