IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CR. NO. 3:05-cr-287-MEF |
| ) | |
| CORNELIUS D. TURNER    ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed November 20, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Muscogee County Jail, Columbus, Georgia, commanding it to deliver Cornelius D. Turner to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on December 19, 2006, at 9:00 am, and to return the prisoner to said official when the court shall have finished with him.

DONE this the _____ day of November, 2006.

_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE