# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON. MARK E. FULLER            AT MONTGOMERY, AL

DATE COMMENCED:  12/19/06              AT:   9:40 a.m.
DATE COMPLETED:  12/19/06              AT:  10:55 a.m.

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| vs. | § | CR NO. 3:05CR287-MEF |
| | § | |
| CORNELIUS DONAL TURNER | § | |

|       GOVERNMENT       | APPEARANCES: |       DEFENDANT       |
| --- | --- | --- |
| Tommie Hardwick | | Donnie W. Bethel |

COURT OFFICIALS PRESENT:

| Risa Entrekin, Court Reporter | Jeffrey Lee, USPO |
| --- | --- |
| David Housholder, Law Clerk | Scott Wright, USPO |
| Kelli Gregg, Courtroom Clerk | |

COURTROOM PROCEEDINGS:

**( X )   SENTENCING**

9:40 a.m. -  Court convenes.
Defendant states that he has entered into a blind plea agreement with the Government.
Paragraph 15 of the pre-sentencing report needs correcting regarding the calculations and the acceptance of responsibility issue within this case.
Defendant states that he is not going to accept responsibility for the charges against him that have been filed in Georgia.
Probation has made the adjustment to paragraph 15 within the pre-sentence report.
Court sustains objection regarding paragraph 15 within the pre-sentence report.
Defendant Cornelius Donal Turner testifies before the Court.
Court informs defendant Turner of his rights and that he does not have to testify here today regarding the case against him in Columbus, Georgia.
Court finds that defendant knowingly has waived his right to not testify in

|            |            |
|------------|------------|
|            | this case here today. |
| 9:55 a.m. - | Court is in recess. |
| 10:15 a.m. - | Court reconvenes. |
|            | Testimony of witness resumes. |
|            | Government cross-examines witness. |
|            | Defense counsel begins re-direct examination of witness. |
|            | Court questions witness. |
|            | Court will not give any benefit to defendant for acceptance of responsibility and overrules objection. |
|            | Court sentences defendant and advises him of his right to an appeal. |
|            | Government Motions the Court to Dismiss the Petition for Revocation of Bond as Moot. |
|            | Court GRANTS Government's Motion to Dismiss Petition for Revocation of Bond as Moot. |
| 10:55 a.m. - | Court is in recess. |