IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR NO. 3:05CR287-MEF |
| | ) | |
| CORNELIUS DONAL TURNER | ) | SENTENCING: 12/19/06 |
| | | Before: Chief Judge Mark E. Fuller |

**DEFENDANTS WITNESS LIST**

Cornelius Donal Turner